UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JUAN RIVERA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC.,<br><br>　　　　　　Defendant. | §§§§§§§§§§§§§  Civil Action No. 7:12-cv-00529 |

## **NOTICE OF SETTLEMENT**

　　Plaintiff files this Notice of Settlement to inform the Court that the parties have settled all claims at issue in this case. It is anticipated that Plaintiff will be filing a Notice of Dismissal with Prejudice within thirty (30) days.

DATED:  05/08/13

　　　　　　　　　　　　　　　　　　　　/s/ Amy L. Bennecoff
　　　　　　　　　　　　　　　　　　　Amy L. Bennecoff
　　　　　　　　　　　　　　　　　　　Attorney-in-Charge for Plaintiff
　　　　　　　　　　　　　　　　　　　Pennsylvania Bar No. 202745
　　　　　　　　　　　　　　　　　　　Federal Bar No. 1477508
　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　　Ambler, Pennsylvania 19002
　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　　　　　　Email: abennecoff@creditlaw.com

## CERTIFICATE OF SERVICE

I certify that on May 8, 2013, I electronically filed the foregoing document with clerk of the U.S. District Court, Southern District of Texas using the electronic case filing system of the court.

DATED: 05/08/13

          By: /s/ Amy L. Bennecoff
            Amy L. Bennecoff
            Attorney-in-Charge for Plaintiff
            Pennsylvania Bar No. 202745
            Federal Bar No. 1477508
            Kimmel & Silverman, P.C.
            30 East Butler Pike
            Ambler, Pennsylvania 19002
            Phone: (215) 540-8888
            Facsimile (877) 788-2864
            Email: abennecoff@creditlaw.com