## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| JUAN RIVERA,        Plaintiff, | )<br>)<br>)<br>) |
| v. | ) **Case No.: 7:12-cv-529**<br>) |
| COMMERCIAL RECOVERY SYSTEMS, INC.        Defendant | )<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: July 30, 2013

BY: */s/Amy L. Bennecoff*
Amy L. Bennecoff
Attorney-in-Charge for Plaintiff
Pennsylvania Bar No. 202745
Federal Bar No. 1477508
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, Pennsylvania 19002
Phone: (215) 540-8888
Facsimile (877) 788-2864
Email: abennecoff@creditlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system mailed a copy of the foregoing to:

Jeff Wood
Commercial Recovery Systems, Inc.
PO Box 570909
Dallas TX 75357

/s/ Amy L. Bennecoff
Amy L. Bennecoff